JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO CABRERA, | NO. CV 06-0752 CJC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 3, 2008.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE